UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **FRANK NELSON** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 3:18-cv-00675-CRS |
| **DEPUY SYNTHES SALES, INC.,** § | |
| **ET AL.** § | |
| § | |
| Defendants. § | |

**AGREED ORDER FOR EXTENSION OF TIME**

Come the Plaintiff, Frank Nelson, by counsel, and Defendant, Howmedica Osteonics Corporation, by counsel, and it having been agreed by the parties that this Defendant shall have until December 3, 2018 in which to serve a responsive pleading or motion to the Complaint filed by Plaintiff in this action, and the Court being so advised,

**IT IS HEREBY ORDERED** that the above-named Defendant shall have up to and including December 3, 2018, to serve a responsive pleading or motion to Plaintiff's Complaint.

HAVING SEEN AND AGREE:

*/s/ J. Brittany Cross Carlson*
J. Brittany Cross Carlson
Bar No. 93667
Stites & Harbison PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: 502.587.3400
Facsimile: 502.587.6391
bcarlson@stites.com

***Counsel for Howmedica Osteonics Corporation***

*/s/ Russell S. Briggs w/ permission*
Russell S. Briggs
Texas State Bar No. 02987720
Fibich, Leebron, Copeland & Briggs
1150 Bissonnet Street
Houston, Texas 77005-1848
Telephone: 713.751.0025
Facsimile: 713.751.0030
rbriggs@fibichlaw.com

***Counsel for Plaintiff***