**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| FRANK NELSON<br>　*Plaintiff*<br><br>VS.<br><br>DEPUY SYNTHES SALES, INC.,<br>ET AL.<br>　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18-cv-00675-CRS<br><br><br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT AAP IMPLANTS, INC.**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Frank Nelson, and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant aap Implants, Inc., only.

DATE: December 20, 2018.

Respectfully submitted,

**FIBICH LEEBRON COPELAND & BRIGGS, LLP**

By:　*/s/ Russell S. Briggs*
　　　Russell S. Briggs
　　　State Bar No. 02987720
　　　**FIBICH LEEBRON COPELAND**
　　　**& BRIGGS, LLP**
　　　1150 Bissonnet
　　　Houston, Texas 77005 (713)
　　　751-0025　　　Phone
　　　(713) 751-0030　　　Fax
　　　Email: rbriggs@fibichlaw.com

## **CERTIFICATE OF SERVICE**

I, hereby certify today that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Russell S. Briggs*
Russell S. Briggs
