**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| FRANK NELSON | § | Civil Action No. 3:18-cv-00675-CRS |
|    *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | **NOTICE OF VOLUNTARY** |
| DEPUY SYNTHES SALES, INC., | § | **DISMISSAL PURSUANT TO** |
| ET AL. | § | **F.R.C.P. 41(a)(1)(A)(i)** |
|    *Defendants* | § | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS**
**DEPUY SYNTHES SALES, INC., DEPUY SYNTHES, INC., MEDICAL DEVICE**
**BUSINESS SERVICES, INC., F/K/A DEPUY ORTHOPAEDICS, INC.,**
**AND JOHNSON & JOHNSON PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Frank Nelson, and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendants DePuy Synthes Sales, Inc.; DePuy Synthes, Inc.; Medical Device Business Services, Inc., f/k/a DePuy Orthopaedics, Inc.; and Johnson & Johnson.

DATE: January 24, 2019.

                                              Respectfully submitted,

                                              By: */s/ Russell S. Briggs*
                                              Russell S. Briggs
                                              Texas State Bar No: 02987720
                                              Fibich, Leebron, Copeland & Briggs
                                              1150 Bissonnet Street
                                              Houston, TX 77005-1848
                                              (713) 751-0025
                                              (713) 751-0030 fax
                                              rbriggs@fibichlaw.com

                                              **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, hereby certify today that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Russell S. Briggs*
Russell S. Briggs
