# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**FRANK NELSON**                                                                                                        **PLAINTIFF**

**vs.**                                                                                     **CIVIL ACTION NO. 3:18-CV-675-CRS**

**DEPUY SYNTHES SALES, INC., et al.**                                                                **DEFENDANTS**

## ORDER FOR MEETING & REPORT

    For your convenience you will find attached a Report of the Parties' Planning Meeting. To fulfill your obligations under Rule 26, you must complete the enclosed Report of the Parties' Planning Meeting and return it to the Court by **March 13, 2019**.

    If you have disagreements about the proposed schedule, or if any party desires a scheduling conference for any reason, please indicate this on the Report, and the Court will schedule a conference.

Date: January 30, 2019

                                                  **ENTERED BY ORDER OF THE COURT:**
                                                  **CHARLES R. SIMPSON, III, SENIOR JUDGE**
                                                  **UNITED STATES DISTRICT COURT**
                                                      **VANESSA L. ARMSTRONG, CLERK**

                                                 */s/ Renee L. Koch*
               **By:**          _____
                                       **Renee L. Koch, Deputy Clerk**

cc: Counsel of Record

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**FRANK NELSON**                                                             **PLAINTIFF**

**vs.**                                          **CIVIL ACTION NO. 3:18-CV-675-CRS**

**DEPUY SYNTHES SALES, INC., et al**                              **DEFENDANTS**

### REPORT OF PARTIES' PLANNING MEETING

**Briefly Describe Claims:**

_____
_____
_____
_____
_____

**The parties believe that a scheduling conference would be helpful now in this case.**

   Yes _____      No _____

   If yes, for what reason? _____
_____
_____
_____

   **In accordance with Fed. R. Civ. P. 26(f), a meeting was held on (date) at (place) and was attended by:**

   _____ for Plaintiff(s)
   _____ for Defendant(s) _____ (party name) _____

   **The parties have conferred and agree as follows:**

1. **Pre-Discovery Disclosures:**

   The parties [have exchanged] [will exchange by (date)] the information required by Fed. R. Civ. P. 26(a)(1).

   Supplemental disclosures and responses as required by Rule 26(e) are due no later than (date).

2. **<u>Preliminary Discovery:</u>**

   Preliminary Discovery on the issues of _____ shall be completed by _____.

3. **<u>Special Instructions re: Interrogatories, Requests for Admissions and Depositions</u>**:

   _____
   _____
   _____
   _____
   _____

4. **<u>Identify Experts and Compliance with Fed. R. Civ. P. 26(a)(2)</u>**:

   From Plaintiff(s) by:     _____

   From Defendants(s) by:     _____

5. **<u>Joinder(s) of Additional Parties and Amendment of Pleadings</u>**:

   From Plaintiff(s) by:     _____

   From Defendants(s) by:     _____

6. **<u>Other Miscellaneous Matters</u>**:

   _____
   _____
   _____
   _____
   _____

7. **<u>All Discovery</u>**:

   All discovery shall be completed by: _____.

8. **<u>Dispositive Motions</u>**:

   Dispositive motions shall be filed by: _____.

9. **Administrative Record**:

    Is this a matter in which the parties believe the Court will be reviewing an administrative record compiled by a plan administrator?

    Yes _____    No _____

    If yes, administrative record to be filed by: _____.

        Responses due by: _____

        Replies due by: _____

**The parties would like a settlement conference**:

    Yes _____    No _____

    If yes, month/year? _____

**Jury Trial Request**:

    Yes _____    No _____

    If yes, case should be ready for trial by: _____

    Anticipated length of trial: _____ (days)

AGREED BY:

_____  _____
Counsel for Plaintiff(s)                (Counsel for Defendant(s)

Date: _____