UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| FRANK NELSON | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | § |
| | §    Civil Action No. 3:18-cv-00675-CRS |
| DEPUY SYNTHES SALES, INC., | § |
| ET AL. | § |
| | § |
|     Defendants. | § |

**STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT HOWMEDICA OSTEONICS CORPORATION WITH PREJUDICE**

THIS MATTER having come before the Court on the Joint Motion for Dismissal of All Claims Against Defendant Howmedica Osteonics Corporation with Prejudice, Plaintiff and Defendant being represented by their respective counsel of record, the Court having read the Motion, reviewed the Court's file and being otherwise fully advised of the premises,

FINDS:

The Joint Motion for Dismissal of All Claims Against Defendant Howmedica Osteonics Corporation with Prejudice is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims that were asserted or could have been asserted in this matter against Defendant Howmedica Osteonics Corporation are hereby dismissed with prejudice, with each party to bear her/his/its own respective fees and costs.

October 29, 2019

                                            Charles R. Simpson III, Senior Judge
                                            United States District Court

Tendered by:

| | |
|---|---|
| FIBICH LEEBRON COPELAND BRIGGS | STITES & HARBISON PLLC |
| /s/ *Russell Briggs* | /s/ *J. Brittany Cross Carlson* |
| Russell Briggs | J. Brittany Cross Carlson |
| Pro Hac Vice | 400 West Market Street |
| 1150 Bissonnet | Suite 1800 |
| Houston, Texas 77005 | Louisville, Kentucky 40202-3352 |
| Telephone: 713.751.0025 | Telephone: 502.587.3400 |
| Facsimile: 713.751.0030 | Facsimile: 502.587.6391 |
| Email: rbriggs@fibichlaw.com | Email: bcarlson@stites.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Howmedica Osteonics Corporation* |

**STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT STRYKER CORPORATION WITH PREJUDICE**
Page **2** of **2**

4838-1012-4970 v1